1  KEVIN V. RYAN, SBN 118321
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8943
       Facsimile: (415) 744-0134
7
   Attorneys for Defendant
8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                            SAN FRANCISCO DIVISION
11

12 UMOJA SELASSIE,                    )
                                      )       CIVIL NO. C-03-5073-JSW
13         Plaintiff,                 )
                                      )
14         v.                         )       STIPULATION AND ORDER APPROVING
                                      )       SETTLEMENT OF ATTORNEY FEES
15 LINDA S. McMAHON[1],               )       PURSUANT TO THE EQUAL ACCESS TO
   Acting Commissioner of             )       JUSTICE ACT
16 Social Security,                   )
                                      )
17         Defendant.                 )
   _____    )
18

19      IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel,

20 subject to the Court's approval, that counsel for Plaintiff be awarded attorney fees under the Equal

21 Access to Justice Act, (EAJA) in the amount of FOUR THOUSAND, EIGHT HUNDRED AND ONE

22 DOLLARS ($4,801.00), and ONE HUNDRED TWENTY-THREE DOLLARS ($123.00) in costs.

23 These amounts represents compensation for all legal services rendered on behalf of Plaintiff by the

24 attorney in connection with this civil action in accordance with 28 U.S.C. § 2412(d), and all costs

25

26 ─────────────────
       [1] On January 20, 2007, Linda S. McMahon became the Acting Commissioner of Social Security.
27 Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Linda S. McMahon should therefore
   be substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit. No further action
28 need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security
   Act, 42 U.S.C. § 405(g).

1  associated with the civil action, in accordance with 28 U.S.C. 28 U.S.C. § 2414 and 31 U.S.C. § 1304.

2      This stipulation does not constitute an admission of liability on the part of Defendant under the
3  EAJA.  Payment of the agreed upon amounts shall constitute a complete release from and bar to any and
4  all claims Plaintiff may have relating to EAJA attorney fees and costs in connection with this action.
5  This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney
6  fees, under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

8  Dated: January 29, 2007       /s/ *Tony Arjo*
                                        *(As authorized via telephone on January 29, 2007)*
9                                          TONY ARJO
                                        1440 Broadway, Suite 1019
10                                         Oakland, CA 94612

11                                         Attorney for Plaintiff

13                                         KEVIN V. RYAN
                                       United States Attorney

15  Dated: January 29, 2007     By: /s/ *Elizabeth Firer*
                                       ELIZABETH FIRER
                                       Special Assistant United States Attorney

17  PURSUANT TO STIPULATION, IT IS SO ORDERED that counsel for Plaintiff shall be awarded
18  attorney fees in the amount of FOUR THOUSAND, EIGHT HUNDRED AND ONE DOLLARS
19  ($4,801.00), as authorized by 28 U.S.C. § 2412(d), and ONE HUNDRED TWENTY-THREE
20  DOLLARS ($123.00) in costs, as authorized by 28 U.S.C. § 2414 and 31 U.S.C. § 1304 subject to the
21  terms of the above-referenced Stipulation.

25  Dated: January 29, 2007

                                       JEFFREY S. WHITE
                                       United States District Judge